1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  SARAH HAWKINS  (CABN 257723)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7126
7       Fax: (415) 436-7207
        Email:  Sarah.Hawkins@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA           )   CASE NO. CR 15 0138 WHA
                                       )
14     v.                              )   STIPULATION AND [PROPOSED] ORDER
                                       )   EXCLUDING TIME FROM OTHERWISE
15  ERWIN MACKEY,                      )   APPLICATION SPEEDY TRIAL ACT
                                       )   CALCULATION
16     Defendant.                      )
                                       )
17

18                                **STIPULATION**

19      IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

20      1.      The parties appeared before the Court on July 28, 2015 at 2:00 p.m. for a status hearing.

21  Mr. Mackey was present and represented by new counsel, Dena Young, who was specially appearing for

22  Goeroge Boisseau.  Assistant United States Attorney Sarah Hawkins appeared for the Government.

23  Because of the appointment of new counsel, the parties requested a continuance of the matter, with time

24  excluded for effective preparation of counsel.

25      2.      Accordingly, with the parties' agreement as to the new date, the Court scheduled another

26  status hearing for September 1, 2015 2:00 p.m., with the understanding that the parties would submit a

27  Stipulation and Proposed Order excluding time.

28      3.      The parties now formalize their request for a continuance of this matter to September 1,

STIP. AND ORDER EXCLUDING TIME           1
CR 15-0138 WHA

2015 at 2:00 p.m. for a status conference, and respectfully submit and agree that the period from July 28, 2015 through and including September 1, 2015 should be excluded from the otherwise applicable Speedy Trial Act computation because the continuance is necessary for effective preparation of counsel, taking into account the exercise of due diligence.

4. The parties concur that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. §3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time for the purposes of effective preparation of counsel outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

DATED: August 19, 2015                MELINDA HAAG
                                      United States Attorney


                                      /s/
                                      SARAH HAWKINS
                                      Assistant United States Attorney


DATED: August 19, 2015

                                      /s/
                                      GEORGE BOISSEAU
                                      Counsel for Erwin Mackey

**[PROPOSED] ORDER**

Upon the stipulation of the parties, and good cause being found, IT IS HEREBY ORDERED that the period from July 28, 2015 through and including September 1, 2015 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: August 24, 2015.

_____
HON. WILLIAM H. ALSUP
United States District Judge